IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ERNESTO DANIEL RODRIGUEZ-DE LA CRUZ | NO. 2:25-CR-106-Z |

## GOVERNMENT'S UNOPPOSED MOTION TO CORRECT INDICTMENT

The United States of America (the "Government") respectfully asks this Court to correct the serial number of the Ruger, Model Mini 14, .223 rifle, alleged in the indictment.

Federal courts may not amend an indictment, except by resubmission to a grand jury, "unless the change is merely a matter of form." *Russell v. United States*, 369 U.S. 749, 770 (1962). A change to a firearm's serial number is a mistake of form, akin to correcting a typographical error. *See United States v. Jackson*, 596 F.3d 236, 244-45 (5th Cir. 2010).

The indictment alleged that the serial number of the Ruger, Model Mini 14, .223 rifle, was 183-0265S. However, the correct serial number is 183-02655. Accordingly, the Government asks the Court to correct the indictment.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY


s/ Jeffrey R. Haag
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   (806) 472-7559
Facsimile:   (806) 472-7394
E-mail:      jeffrey.haag@usdoj.gov

### CERTIFICATE OF CONFERENCE

I certify that I conferred with Ryan Patrick Brown, attorney for the defendant, who advised he does not oppose the foregoing motion.


s/ Jeffrey R. Haag
JEFFREY R. HAAG
Assistant United States Attorney